# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| Bradley Lewis, individually and on behalf of herself and all others,<br><br>    Plaintiffs,<br><br>vs.<br><br>Accurate Background, Inc.,<br><br>    Defendant. | Case No. 22-6029<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT ACCURATE BACKGROUND, LLC**<br><br>[28 U.S.C. §§ 1331, 1441, and 1446]<br><br>Date Action Filed:   December 6, 2021<br><br>Removal from the Circuit Court of Clinton County Missouri to the United States District Court for the Western District of Missouri |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI (ST. JOSEPH DIVISION) AND TO PLAINTIFF BRADLEY LEWIS AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Sections 1331, 1441, and 1446 of Title 28 of the United States Code, Defendant Accurate Background, LLC (incorrectly identified in the Petition as "Accurate Background, Inc.") ("Defendant") hereby removes the above-entitled action, Case No. 21CN-CC00077, from the Circuit Court of Clinton County Missouri to the United States District Court for the Western District of Missouri.

## PLEADINGS, PROCESSES, AND ORDERS

1. On December 6, 2021, Plaintiff Bradley Lewis ("Plaintiff") filed a putative Class Action Complaint against Defendant in the Circuit Court of Clinton County Missouri entitled *Bradley Lewis, individually and on behalf of all others, vs. Accurate Background, Inc.*, Case No. 21CN-CC00077.

2. Plaintiff's Complaint purports to allege a single claim for relief against Defendant

under the federal Fair Credit Reporting Act 15 U.S.C. § 1681e(b). (Compl. ¶¶ 42-49).

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, notices, and orders in this action are attached as **Exhibit A**.

## TIMELINESS OF REMOVAL

4. On January 12, 2022, Plaintiff served a copy of the Complaint on Defendant through its counsel of record.

5. This Notice of Removal is timely, as it was filed within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b); Fed. Rule Civ. Proc. 6(a)(1).

## BASIS FOR REMOVAL

### Federal Question

6. 28 U.S.C. § 1331 provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7. Original jurisdiction exists here because Plaintiff's and the putative class' sole claim for relief arises under a federal statute, the federal Fair Credit Reporting Act, 15 U.S.C. § 1681e(b). *See* Compl. ¶¶ 42-49.

## VENUE

8. Venue lies in the U.S. District Court for the Western District of Missouri (St. Joseph Division) pursuant to 28 U.S.C. §§ 105, 1391, 1441(a) and 1446(a). This action was originally brought in the Circuit Court of Clinton County Missouri and thus should be removed to the U.S. District Court for the Western District of Missouri (St. Joseph Division).

## SERVICE OF NOTICE OF REMOVAL ON STATE COURT

9. A true and correct copy of this Notice of Removal will be promptly served on

Plaintiff and filed with the Clerk of the Circuit Court of Clinton County Missouri as required under 28 U.S.C. § 1446(d).

## RESERVATION OF RIGHTS

10. By filing this Notice of Removal, Defendant neither concedes nor waives any defense or motion relating to this action.

WHEREFORE, Defendant prays that this civil action be removed from the Circuit Court of Clinton County Missouri to the U.S. District Court for the Western District of Missouri (St. Joseph Division).

DATED: February 10, 2022            Respectfully submitted,

*/s/ Rosalee M. McNamara*
Rosalee McNamara, MO Bar #33645
Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Tel: 816-460-5604
rosalee.mcnamara@lathropgpm.com

Pamela Q. Devata*
John W. Drury*
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Tel.: (312) 460-5000
Email: pdevata@seyfarth.com
Email: jdrury@seyfarth.com
*pro hac vice forthcoming*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, a copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT ACCURATE BACKGROUND, LLC** was filed electronically. Service of this filing is being sent by electronic mail and U.S. Mail to the following counsel of record:

Charles Jason Brown MO 49952
Jayson A. Watkins MO 61434
Brown & Associates LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
*Attorneys for Plaintiff*

           */s/ Rosalee M. McNamara*
           An Attorney for Defendant